Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Name of debtor:** Tyrone Williams Sr.   **Case Number:** 10-B-35124-382

**Chapter 13**
**Trustee:** Tom Vaughn   **Judge:** Susan Pierson Sonderby

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 04/02/2012

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

**Name of creditor:** WELLS FARGO BANK   **Last four digits** of any number you use to identify the debtor's account: xxxxxx7517

### 1. Pre-Petition Arrears - Court claim no. (if known):   (Docket Entry #42)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepetition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
  Amount of pre-petition arrears due at filing:
  Amount received from the Chapter 13 Trustee

  Pre-Petition arrears remaining due:

### 2. Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
  Post-petition amounts remaining due:   $542.01

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

FCN_Notice_001
5805-N-3972

1

## Schedule of Amounts Outstanding

**This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.**

| Description | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|
| **Monthly Payment** | 04/01/2012 | $928.37 | $386.36 | $542.01 |

**Amount Remaining Due:** **$542.01**

### 3. Sign Here

Print Name: Alexander D. Wolfe
Title: Authorized Agent for Wells Fargo Bank, N.A.
Company: Brice, Vander Linden & Wernick, PC

/s/ Alexander D. Wolfe
Signature

Address and telephone number:

04/25/2012
Date

Telephone: (972) 643-6600       Email: NFCinquiries@nbsdefaultservices.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before April 26, 2012

**Debtor** *Via U.S. Mail*
Tyrone Williams Sr.
13624 S. School Street
Riverdale, Illinois 60827

**Debtors' Attorney**
Jeremy E Nash
Robert J. Semrad And Associates
20 S. Clark 28th Floor
Chicago, IL 60603

**Chapter 13 Trustee**
**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900

**US Trustee**
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Respectfully Submitted,

/s/ **Alexander D. Wolfe**